UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-26-1H

UNITED STATES OF AMERICA

v.

TERRY TERRELL PERRY

ORDER

On motion of the Defendant, Terry T. Perry, and for good cause shown, it is hereby

ORDERED that the **[DE #46]** be sealed until further notice by this Court.

IT IS SO ORDER.

This 2nd day of November 2016.

MALCOLM J. HOWARD
Senior United States District Judge