IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:16-CR-26-1H

UNITED STATES OF AMERICA,　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)　　**ORDER AMENDING JUDGMENT**
　　　　　　　　　　　　　　　　　)
TERRY TERRELL PERRY,　　　　　　 )
　　　　　　　　　　　　　　　　　)
　　　Defendant.　　　　　　　　　)
　　　　　　　　　　　　　　　　　)

This matter is before the court on the consent motion for restitution [DE #51]. It is hereby ordered that defendant make restitution to the below-listed victims in the following amounts:

　　1) Mr. Ransom Bryan Bennett　　　　　- $69,932.39
　　2) BB&T　　　　　　　　　　　　　　 - $6,939.78
　　3) Mr. Alviz Langley　　　　　　　　 - $50,313.43
　　4) NC State Employees Credit Union　 - $25,000.00
　　5) CUNA Mutual　　　　　　　　　　　- $13,628.90
　　6) Ms. Arlene DeJong　　　　　　　　 - $49,394.00

　　　　　　**TOTAL**　　　　　　　　　　- **$215,208.50**

The court finds the defendant does not have the ability to pay interest; therefore the interest requirement is waived for restitution. All other aspects of the original judgment dated

November 8, 2016 are hereby reaffirmed. The clerk is directed to amend the judgment in accordance with this order.

This 4th day of January 2017.

*[signature]*
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26